EL PUEBLO, DEMANDANTE Y APELADO, *v.* LÓPEZ, ACUSADO Y
APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao
en causa por alterar la paz pública.

No. 875.—Resuelto en julio 29, 1915.

Celebrada el 16 de julio de 1915 la vista del presente recurso, este tribunal,
examinada la transcripción de autos en la que no existe exposición del caso
ni pliego de excepciones, y, no habiendo aparecido que se hubiera cometido
ni alegado error fundamental alguno, dictó sentencia confirmando la apelada
de la Corte de Distrito de Humacao de 17 de noviembre, 1914.

El apelante no compareció.

Abogado del apelado: *Salvador Mester, Fiscal.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados del Toro Aldrey y Hutchison.

El Juez Asociado Sr. Wolf disintió.

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SR. WOLF.

Disiento de la sentencia que ha sido dictada por la Corte
en este caso.

Expresa la denuncia ''que en 9 de agosto de 1914, a las
8.30 p. m., en la calle Falcón de San Lorenzo, P. R., del Dis-
trito Judicial de San Lorenzo, que forma parte del Distrito
Judicial de Humacao, P. R., el acusado voluntaria y malicio-
samente y en momentos en que una manifestación que reco-
rría las calles de esta población, dió mueras a Muñoz Rivera,
con cuyas frases alteró la paz de las personas de dicha ma-
nifestación''.

Se admite que las palabras ''dió mueras a Muñoz Rivera''
por sí solas no constituyen una alteración de la paz, pero se
alega por el fiscal que la frase ''con cuyas frases alteró la paz
de las personas en dicha manifestación'' considerada en rela-
ción con el hecho de que tenía lugar una manifestación, es una
exposición de hecho de que estos ''mueras'' resultaron en una
alteración de la paz de las personas que iban en la manifesta-
ción, siendo Muñoz Rivera el Comisionado de Puerto Rico

en Wáshington y un jefe político prominente. Centenares de denuncias diferentes podrían citarse en las que se emplean palabras como. éstas en su parte final que son meramente conclusiones formales en las cuales se menciona el delito por el cual fué denunciado el acusado. De todos modos, las palabras finales constituyen una conclusión legal y en una alegación deben exponerse hechos. Si hay una alteración de la paz deben traerse a la consideración de la corte por medio de la denuncia los elementos que la constituyen. De otro modo una denuncia en la que se alegue que un acusado alteró la paz de Juan González sería una denuncia suficiente. La denuncia es además defectuosa por no acreditarse en ella la naturaleza de la manifestación o las personas cuya paz fué alterada.

La sentencia debió haber sido revocada, y absuelto el acusado.